~~SEALED~~

Unsealed per Order of the Court on 3/16/2022 (fth)

FILED
18 NOV -1 PM 5:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18 CR 4701 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 46, U.S.C., Secs. 70503 and 70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel; Title 21, U.S.C., Sec. 853, and Title 46, U.S.C., Sec. 70507(a) – Criminal Forfeiture |
| AXEL BLADIMIR MONTEJO SAENZ, aka Mosh, aka Kraken, aka Gladiator, aka Baraja, aka Solin, aka Ron Zacapa, aka Captain Morgan, aka Corralejo, | |
| Defendant. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 2018, in the countries of Colombia, Ecuador, Guatemala, Costa Rica, El Salvador, and Mexico and elsewhere, defendant AXEL BLADIMIR MONTEJO SAENZ, aka Mosh, aka Kraken, aka Gladiator, aka Baraja, aka Solin, aka Ron Zacapa, aka Captain Morgan, aka Corralejo, who will be arrested and first brought to the Southern District of California, did knowingly and intentionally conspire with other persons

SWH:nlv:San Diego:11/1/18



known and unknown to the grand jury to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

### Count 2

Beginning at a date unknown to the grand jury and continuing to on or about November 2018, on board a vessel subject to the jurisdiction of the United States, and upon the high seas, defendant AXEL BLADIMIR MONTEJO SAENZ, aka Mosh, aka Kraken, aka Gladiator, aka Baraja, aka Solin, aka Ron Zacapa, aka Captain Morgan, aka Corralejo did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Sections 70503 and 70506(b).

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507(a).

2. As a result of the commission of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to

Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant AXEL BLADIMIR MONTEJO SAENZ, aka Mosh, aka Kraken, aka Gladiator, aka Baraja, aka Solin, aka Ron Zacapa, aka Captain Morgan, aka Corralejo, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3. As a result of the commission of the offense alleged in Count 2 of this Indictment, and pursuant to Title 46, United States Code, Section 70507(a), defendant AXEL BLADIMIR MONTEJO SAENZ, aka Mosh, aka Kraken, aka Gladiator, aka Baraja, aka Solin, aka Ron Zacapa, aka Captain Morgan, aka Corralejo, shall, upon conviction, forfeit to the United States any property used or intended to be used to commit or to facilitate the commission of the violation.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:
    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507(a).

DATED: November 1, 2018.

A TRUE BILL:

/s/ Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: /s/
SHERRI WALKER HOBSON
Assistant U.S. Attorney

4