S~~E~~**X**~~LED~~

Unsealed per Order of the Court on 3/16/2022 (fth)

FILED

18 NOV -1 PM 5: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: VRC   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18 CR 4701 DMS |
| v. | NOTICE OF RELATED CASE  |
| AXEL BLADIMIR MONTEJO SAENZ,<br>aka Mosh,<br>aka Kraken,<br>aka Gladiator,<br>aka Baraja,<br>aka Solin,<br>aka Ron Zacapa,<br>aka Captain Morgan,<br>aka Corralejo, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to *United States v. Willian Lemus-Lara*, Case No. 18CR390DMS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

_____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

  __X__ (a) A common wiretap

  _____ (b) A common search warrant

X  (c) Activities that are part of the same alleged
       criminal event or transaction; that is, the
       cases involved substantially the same facts
       and the same questions of law.

DATED: November 1, 2018.

                                 for ADAM L. BRAVERMAN
                                    United States Attorney