**RYAN T. MARDOCK**
California State Bar No. 274752
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Ryan_Mardock@fd.org

Attorneys for Mr. Montejo Saenz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AXEL BLADIMIR MONTEJO SAENZ,<br>Defendant. | CASE NO.: 18-cr-4701-DMS<br><br>**NOTICE OF APPEARANCE AS <u>CO-COUNSEL</u>** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Ryan T. Mardock, Federal Defenders of San Diego, Inc., hereby gives notice that he is **<u>co-counsel</u>** in the above-captioned case. LISA K. MULOMA shall remain as lead counsel.

Respectfully submitted,

Dated: November 13, 2026

*s/ Ryan T. Mardock*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Montejo Saenz
Email: Ryan_Mardock@fd.org