AO 442

10134853

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ORDERED UNSEALED on 03/16/2022 s/ juanaguer

~~SEALED~~
s/ juanaguerrero

UNITED STATES OF AMERICA

V.

Axel Bladimir Montejo Saenz;
aka: Mosh; aka: Kraken; aka: Gladiator; aka: Baraja;
aka: Solin; aka: Ron Zacapa; aka: Captain Morgan;
aka: Corralejo

~~WARRANT FOR ARREST~~

**Case Number:** 18-cr-4701-DMS

**NOT FOR PUBLIC VIEW**

FILED
NOV 10 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY vxA DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Axel Bladimir Montejo Saenz
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:959,960,963 – International Conspiracy to Distribute Controlled Substances
46:70503,70506(b) – Conspiracy to Distribute Cocaine on Board a Vessel
21:853,46:70507(a) – Criminal Forfeiture

DATE: 11·8·26
ARRESTED BY: HSI

STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY: P. Price

RECEIVED
U.S. MARSHALS-S/CA
NOV -2 AM

In violation of Title See Above United States Code, Section(s)

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Cervantes
Signature of Deputy

11/1/2018; San Diego, CA
Date and Location

Bail fixed at $ No Bail by The Honorable Karen S. Crawford
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

HSI