JEREMY WARREN
Warren & Burstein
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AXEL BLADIMIR MONTEJO SAENZ,<br><br>Defendant. | ) | Case No.: 18cr4701-DMS<br><br>Substitution of Counsel |

I, Axel Bladimir Montejo Saenz, request to substitute in Jeremy Warren of Warren & Burstein as my attorney of record for all purposes ~~in this~~ case.

Dated: 11/16/26

Axel Bladimir Montejo Saenz, Defendant

I accept the substitution.

Dated: 11/16/26

Jeremy Warren

I have no objection to the request.

Dated: 11/16/26

R Murdock (by Jeremy Warren)
Federal Defenders of San Diego
(with permission)