UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AXEL MONTEJO SAENZ,<br>Defendant. | Case No.: 18cr4701-DMS<br><br>Order continuing motions hearing, setting a status hearing and declaring case complex under the Speedy Trial Act |

Good cause appearing in the parties' joint motion, the Court orders the motion hearing continued from December 4, 2026 to June 25, 2027 at 11:00 a.m. The Court sets a status hearing on February 26, 2027 at 11:00 a.m.

The Court also grants the parties' motion and declares the case complex based on "the nature of the prosecution" and "the existences of novel questions of fact or law," making it "unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

The Court excludes time under the Speedy Trial Act, as motions are on file, based on the interest of justice, and based on its finding the case is complex.

Accordingly, the Court finds the ends of justice supporting the continuance outweighs the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A).

So ordered.

Dated: November 23, 2026



Hon. Dana M. Sabraw
District Judge